No. 75–601. SHAFFER ET UX. *v.* WILSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–1231. TRUITT ET AL. *v.* LENAHAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–444. FARR *v.* PITCHESS, SHERIFF. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–919. ROSATO ET AL. *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF FRESNO. Ct. App. Cal., 5th App. Dist. Motions of American Newspaper Publishers Assn. et al. and McClatchy Newspapers et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–1114. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* JIMENEZ ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and petition.

No. 75–1296. CUNNINGHAM, CLERK, U. S. DISTRICT COURT *v.* CHICAGO COUNCIL OF LAWYERS ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.